AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

──────────── DISTRICT OF ────────────

UNITED STATES OF AMERICA

V.

BRIAN WATERS and DETRICK WASHINGTON

## WARRANT FOR ARREST

CASE NUMBER: 04M-1036-JGD

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _DETRICK WASHINGTON_
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
knowingly and intentionally engaging in a conspiracy to distribute, and to possess with intent to distribute, 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a schedule III controlled substance,

in violation of Title _____ United States Code, Section(s) 846, 841(a)(1), and 841(b)(1)(A)

Judith G. Dein
Name of Issuing Officer

_Judith Gail Dein_
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

03-12-2004   Boston, Massachusetts
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 6/4/04 | |

This form was electronically produced by Elite Federal Forms, Inc.